**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**DAVID PATRICK BOONE** **PETITIONER**

**v.** **No. 3:26-cv-270-DMB-JMV**

**STATE OF MISSISSIPPI** **RESPONDENT**

**ORDER**

The court takes up, *sua sponte*, the need to restrict access to exhibits submitted by Petitioner. These exhibits contain the names of minor victims, health information, and personal identifiers.[1] Due to the large amount of documents, redaction is not practical and it is necessary to restrict access to these documents to the parties. Therefore, the Clerk is directed to file these documents with the appropriate restrictions.

**SO ORDERED**, this, the 20th day of October, 2026.

**/s/ Jane M. Virden**
**U.S. Magistrate Judge**

[1] The Court notes that, pursuant to L.U.Civ.R. 5.2 and F.R.C.P. 5.2, it is the responsibility of the filing party to redact personal and sensitive information from any documents. However, due to the nature of the information contained in these documents, the Court finds it necessary to restrict access.